

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00706-CV

**IN THE INTEREST OF R.M.C.**, a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00998
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the September 25, 2018 order terminating appellant Mom's parental rights, Appellant's brief was due to be filed with this court on November 19, 2018. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant Mom's brief is due on December 10, 2018. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court